# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

NANCY SCHROEDER-CRUME
*Plaintiff*
v.
CARMEL CLAY SCHOOL CORPORATION
*Defendant*

Case No. 1:26-cv-1710-TWP-MKK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CARMEL CLAY SCHOOL CORPORATION .

Date: September 3, 2026

/s/Carlos Daniel Rios-Lazo Arevalo
*Attorney's signature*

Carlos Daniel Rios-Lazo Arevalo, Atty. no. 39834-53
*Printed name and bar number*

Church Church Hittle + Antrim
10765 Lantern Road, Suite 201
Fishers, IN 46038
*Address*

drioslazo@cchalaw.com
*E-mail address*

(317) 773-2190
*Telephone number*

(317) 572-1609
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2026, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Ronald E. Weldy
Weldy Law
11268 Governors Ln
Fishers, IN 46037
rweldy@weldylegal.com

*/s/ Carlos Daniel Rios-Lazo Arevalo*____________
*Carlos Daniel Rios-Lazo Arevalo*
*Indiana Atty. No: 39834-53*

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN46038
bborg@cchalaw.com
317-773-2190