UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NANCY SCHROEDER-CRUME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01710-MKK-TWP |
| | ) | |
| CARMEL CLAY SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REFERENCE**

The parties have indicated their consent to the exercise of jurisdiction by a United States Magistrate Judge at Filing No. 13. It is, therefore, ORDERED that this case be referred to the currently assigned United States Magistrate Judge, The Honorable Kendra Klump, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. The cause number of this action shall be amended as shown above to reflect the referral of this action to the Magistrate Judge.

**IT IS SO ORDERED.**

Date: October 29, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM (Fishers)

bborg@cchalaw.com

Carlos Daniel Rios-Lazo Arevalo
Church Church Hittle & Antrim
drioslazo@cchalaw.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com