UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NANCY SCHROEDER-CRUME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01710-MKK-TWP |
| | ) | |
| CARMEL CLAY SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE**

On November 4, 2026, the Parties, by counsel, appeared for a telephonic initial pretrial conference with the Magistrate Judge. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

This matter is set for a telephonic status conference on **March 2, 2027, at 11:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 11/5/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.